PETER F. DUNCAN *v.* LOUIS S. GOLDBERG,
COMMISSIONER OF MOTOR VEHICLES, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 201 (AC 12676), is denied.

*Jon L. Schoenhorn,* in support of the petition.

Decided June 9, 1994

SHIPPAN POINT ASSOCIATION, INC., ET AL. *v.*
CHARLES MCMANUS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 34 Conn. App. 209 (AC 12338), is denied.

*Robert W. Green,* in support of the petition.

*Leo Gold,* in opposition.

Decided June 9, 1994

SCARSDALE NATIONAL BANK AND TRUST COMPANY *v.*
ROBERT A. SCHMITZ ET AL.

The petition of the defendants Robert A. Schmitz and Marion B. Schmitz for certification for appeal from the Appellate Court, 34 Conn. App. 905 (AC 11990), is denied.

*Robert A. Schmitz,* pro se, and *Marion B. Schmitz,* pro se, in support of the petition.

*Ellery E. Plotkin,* in opposition.

Decided June 9, 1994